## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-01147-SSC                    Date: June 24, 2026

Title      Madeline Martin v. Volkswagen Group of America Inc., et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

The parties filed a notice of settlement on January 12, 2026.  (ECF 16.)  Thereafter, the Court vacated all pending dates in management of the case and set a 90-day deadline for the filing of a stipulation of dismissal.  (ECF 17.)  The parties informed the Court by joint filing on April 14, 2026, that the only outstanding issue was settlement of fees, costs, and expenses, and requested 60 additional days to reach informal resolution.  (ECF 18.)  In response, the Court ordered that dispositional documents be filed no later than June 15, 2026.  (ECF 19.)  That deadline has now passed with no filings.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-01147-SSC                    Date: June 24, 2026

Title      Madeline Martin v. Volkswagen Group of America Inc., et al.

Accordingly, the parties are ordered to show cause in writing no later than **July 8, 2026**, why this action should not be dismissed for failure to prosecute or to comply with a court order.  *See* Fed. R. Civ. P. 41(b); L.R. 41-1; *see also Perri v. Ok Optometry*, No. CV 18-10474 PA (KSx), 2019 WL 8884094, at *1 (C.D. Cal. Mar. 5, 2019).

The filing of either a motion for attorney's fees, or dismissal documents, no later than the above deadline will serve to discharge this OSC automatically and no additional filing will be necessary.

**IT IS SO ORDERED.**

                                                                    :
                                        Initials of Preparer        **ts**