UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MADELINE MARTIN,

               Plaintiff,

          v.

VOLKSWAGEN GROUP OF

AMERICA INC.,

               Defendant.

Case No. 2:25-cv-01147-SSC

JUDGMENT

Pursuant to the Order of Dismissal filed concurrently herewith, **IT IS ADJUDGED** that:

1. The entire action, including all claims and counterclaims stated herein against all parties, is dismissed with prejudice; and
2. The Clerk of Court is directed to close this case.

DATED: July 6, 2026

_____

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE